# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

GEORGÉ A. COLE,

    Plaintiff,                               Case No. 16-cv-10511
                                          Hon. Matthew F. Leitman

vs.

ERIC WILKERSON, et al.,

    Defendants.
_____/

## ORDER WITHDRAWING DEFENDANTS' NOTICE OF NON-PARTY AT FAULT

**NOW COME** the Defendants, Eric Wilkerson, FirstGroup America, Inc., and Greyhound Lines, Inc., by and through their attorneys, Garan, Lucow, Miller, P.C., and hereby withdraw their reference to the Notice of Non-Party at Fault as set forth in Paragraph 4 of its Affirmative Defenses referencing Performance Transportation, LLC, 625 Division Street N, Rice, Minnesota.

**IT IS HEREBY ORDERED** that Defendants' reference to Non-Party At Fault Performance Transportation, LLC, located at 625 Division Street N, Rice, Minnesota is hereby withdrawn from the pleadings of this matter without prejudice.

                                                  /s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated:  May 2, 2016

 s/Mark Shreve
Garan Lucow Miller, P.C.
1111 W. Long Lake Rd., Ste. 300
Troy, MI 48098-6333
(248) 641-7600
mshreve@garanlucow.com
(P29149)