UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE A. COLE,

       Plaintiff,                            No. 16-10511

v.                                         District Judge Matthew F. Leitman
                                               Magistrate Judge R. Steven Whalen

ERIC WILERSON, ET AL.,

       Defendants.

                                  /

**ORDER**

On January 31, 2017, counsel for the parties appeared for argument on Plaintiff's Motion to Compel Discovery [Doc. #20]. Following off-the record discussion between counsel, the bulk of the issues raised in Plaintiff's motion were resolved, and those resolutions were placed on the record. The motion is therefore GRANTED to the extent that Defendants will comply with the terms placed on the record, and will produce the documents agreed to within 30 days of the date of this Order. If Defendants do not possess any requested documents, they will so indicate.

There were two unresolved issues, designated as items 1(m) and 1(n) of Plaintiff's List of Unresolved Issues [Doc. #24].

As to Issue 1(m), Plaintiff's request for policy and procedure manuals, the motion is DENIED WITHOUT PREJUDICE as to policies and procedures regarding discipline of drivers and requirements of drivers regarding accidents. The request is DENIED as to policies regarding accident investigations.

-1-

As to Issue 1(n), requesting "all violations of the Federal Motor Carrier Safety Administration's regulations," the request is DENIED.

IT IS SO ORDERED.

s/R. Steven Whalen
R. STEVEN WHALEN
United States Magistrate Judge

Dated: January 31, 2017

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on January 31, 2017, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager