UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGÉ A. COLE,

    Plaintiff,

Case No. 16-cv-10511
Hon. Matthew F. Leitman

v.

ERIC WILKERSON, *et al.*,

    Defendants.
_____/

# ORDER TERMINATING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF #71)

On March 30, 2018, Plaintiff Georgé Cole filed a motion for partial summary judgment. (*See* ECF #71.) The Court held a hearing on Plaintiff's motion for partial summary judgment on May 24, 2018. At the hearing, counsel for Plaintiff stated that she would like to withdraw without prejudice the motion for partial summary judgment.

Accordingly, Plaintiff's motion for partial summary judgment is **TERMINATED** without prejudice.

    **IT IS SO ORDERED.**

                                       s/Matthew F. Leitman
                                       MATTHEW F. LEITMAN
                                       UNITED STATES DISTRICT JUDGE

Dated: May 24, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 24, 2018, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9764